1  CLEMENTE M. JIMÉNEZ, SBN 207136
   428 J Street, Suite 355
2  Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  LEONEL FAVELA

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            Case No.: 10-388 MCE

10
                Plaintiff,             STIPULATION AND ORDER
11                                     VACATING DATE, CONTINUING
12      v.                             CASE, AND EXCLUDING TIME

13  LEONEL FAVELA,                     DATE:   September 29, 2011
                                       TIME:   9:00 a.m.
14                                     JUDGE:  Hon. Morrison C. England, Jr.
15              Defendant.

16

17  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul

18  Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera,

19  Counsel for Defendant LEONEL FAVELA, that the status conference scheduled for

20  October 20, 2011, at 9:00 a.m., be vacated and the matter continued to this Court's

21  criminal calendar on November 3, 2011, at 9:00 a.m. for further status conference.

22  Defense counsel has requested certain information from the government.  The

23  government is still in the process of securing the requested information.

24      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18

25  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

26  (Local code T-4), and that the ends of justice served in granting the continuance and

27  allowing the defendants further time to prepare outweigh the best interests of the public

28  and the defendant to a speedy trial.

DATED:      October 18, 2011        /S/      Paul Hemesath_____
                                     PAUL HEMESATH
                                     Attorney for Plaintiff


                                     /S/      Clemente M. Jiménez_____
                                     CLEMENTE M. JIMÉNEZ
                                     Attorney for Leonel Favela

                                     /S/      Julia Vera_____
                                     JULIA VERA
                                     Attorney for Leonel Favela


## ORDER

It is hereby ordered, that the status conference in the above-entitled matter, scheduled for

October 20, 2011, at 9:00 a.m., be vacated and the matter continued to November 3,

2011, at 9:00 a.m. for further status conference.  The Court finds that time under the

Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable

time to prepare.  18 U.S.C. Section 3161(h)(7)(A) and (B)(iv); Local code T-4.  Based on

the parties' representations, the Court finds that the ends of justice served by granting a

continuance outweigh the best interests of the public and the defendants to a speedy trial.

      IT IS SO ORDERED.


Dated:  October 19, 2011

                                     _____
                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE