CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>LEONEL FAVELA,<br><br>   Defendant. | Case No.: 10-388 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: November 3, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the status conference scheduled for November 3, 2011, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on December 1, 2011, at 9:00 a.m. for further status conference. Defense counsel has requested certain information from the government. The government is still in the process of securing the requested information.

  IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     November 1, 2011          /S/     Paul Hemesath_____
                                      PAUL HEMESATH
                                      Attorney for Plaintiff


                                      /S/     Clemente M. Jiménez_____
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Leonel Favela

                                      /S/     Julia Vera_____
                                      JULIA VERA
                                      Attorney for Leonel Favela


                                    **ORDER**

          IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 3, 2011, at 9:00 a.m., be vacated and the matter continued to December 1, 2011, at 9:00 a.m. for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  November 2, 2011

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE