CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONEL FAVELA,<br><br>    Defendant. | Case No.: 10-388 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   December 1, 2011<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the status conference scheduled for December 1, 2011, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 12, 2012, at 9:00 a.m. for further status conference. Negotiations in the matter have been ongoing. The parties expect a plea agreement to be forthcoming. The defense will require time to review the agreement and discuss it with Mr. Favela.

　　　IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 29, 2011  /S/   Paul Hemesath
PAUL HEMESATH
Attorney for Plaintiff

/S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Leonel Favela

/S/   Julia Vera
JULIA VERA
Attorney for Leonel Favela

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for December 1, 2011, at 9:00 a.m., be vacated and the matter continued to January 12, 2012, at 9:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE