BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>LEONEL FAVELA,<br><br>                Defendant. | CASE NO. 2:10-CR-00388-MCE<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET EVIDENTIARY HEARING DATE AND ORDER<br><br>Date: March 29, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Clemente Jimenez, counsel for defendant LEONEL FAVELA, that the above status conference be vacated, and that the matter be re-calendared for evidentiary hearing on May 3, 2012, at 9:00 a.m.  This request is made jointly by the government and defense.

///

///

1

IT IS FURTHER STIPULATED that time be excluded from the date of the Court's order through May 3, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, and pursuant to 18 U.S.C. § 3161(h)(1)(D), Local Code E.

Dated: March 27, 2012 /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 27, 2012 /s/ Clemente Jimenez
Clemente Jimenez
Counsel for Defendant
LEONEL FAVELA

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

DATED: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2