CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEONEL FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL FAVELA,<br><br>Defendant. | Case No.: 2:10-cr-00388-MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  December 6, 2012<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez and Julia Vera, Counsel for Defendant LEONEL FAVELA, that the sentencing hearing scheduled for January 10, 2013, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 31, 2013, at 9:00 a.m. for judgment and sentencing. After discussions with the government and Julie Besabe from US Probation, defense counsel has submitted one objection to the presentence report. Ms. Besabe has indicated that she can complete any corrections, if necessary, by January 15, 2013. Defense counsel anticipates being in trial in Placer County throughout February, and is therefore requesting the January 31 sentencing date. Consequently, the parties propose the following briefing schedule:

Final PSR due: 1/15/13

Motion for Correction: 1/22/13

Reply, or Non-Opposition: 1/29/13

J&S: 1/31/13

DATED: January 9, 2013                /S/    Paul Hemesath_____
                                      PAUL HEMESATH
                                      Attorney for Plaintiff


                                      /S/    Clemente M. Jiménez_____
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Leonel Favela

                                      /S/    Julia Vera_____
                                      JULIA VERA
                                      Attorney for Leonel Favela

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for January 10, 2013, at 9:00 a.m., be vacated and the matter continued to January 31, 2013, at 9:00 a.m. for judgment and sentencing.

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT